

**JASON L. RUSSO**
ATTORNEY AT LAW

October 1, 2019

Hon. Dennis Hurley
Untied States District Court
Eastern District of New York

                    RE:    U.S. v. Quincy Homere
                           16 CR 652

Dear Judge Hurley,

I am writing to request that the above matter presently calendared before the Court on October 3, 2019 be continued due to my unavailability.

I am presently engaged on trial in the Nassau County Court, before the Hon. Robert McDonald, in the matter of the <u>People of the State of New York v. Andrew Phillips</u>.

The Government consents to this request.

I am respectfully requesting the Court continue this matter until either November 1, 8, or 15, 2019.

                                        Very truly yours,

                                        *Jason L. Russo*
                                        Jason Russo

T 516.643.1799
F 866.519.4063
JASONRUSSOESQ@GMAIL.COM
250 WEST MAIN STREET
BAY SHORE, NY 11706