**GARY SCHOER**

ATTORNEY AT LAW

NORTH SHORE ATRIUM

6800 JERICHO TURNPIKE, SUITE 108W

SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSCHOER@AOL.COM

February 16, 2024

**VIA ECF**
Honorable Gary R. Brown
United States District Judge
United States District Court - EDNY
100 Federal Plaza
Central Islip, NY 11729

        RE: <u>UNITED STATES v. QUINCY HOMERE</u>
        Docket No.: <u>16-CR-652 (GRB)</u>

Dear Honorable Sir:

    With respect to the sentence in the above captioned scheduled for February 23, 2024, enclosed please find a letter from Mr. Homere, for your Honor's consideration.

    Thank you.

                                 Very Truly Yours,

                                 GARY SCHOER

GS/tm
Enclosure

The Honorable Judge Brown:

Greetings I hope this reaches you in the best of health and spirits. I'm writing you in regard to my upcoming sentencing date, to give your Honor my perspective on things. Please excuse me as this will be lengthy. It's hard to put my life or the past 7 years in words.

Before anything I must apologize to the victims of my cynical and dangerous actions. I'm forever haunted by the face of the people I terrorized that day in the bank. I think about them every single day. I've spent many a sleepless night, hoping they could forgive me for my stupidity. I've tried putting myself or one my loved ones in their shoes and I can't imagine the trauma they went thru. For over 8 years, I've been carrying the weight of the tremendous shame, pain and disappointment I've caused countless people.

Once I started planning to commit a crime, I became a stone cold loser. Criminals are regarded as society's outcasts. I remember walking with my mother as a child and her holding me closely when certain people were around because she feared they were of the criminal element. She never wanted me around anything negative. It disgusts me to know I've put myself in a position to be looked at that way. I know the court has heard countless stories of wasted youth and troubled upbringings, but sadly that is part of who I am. I've lived thru a gauntlet of traumatic experiences. "Trauma suffered by a child who is sexually abused is indescribable"! The people whose job it was to protect me, caused me the most harm. I recently read an article that said "75% of child abuse victims become, alcoholics, drug addicts and criminals." Reminds me of the saying "Hurt people ... hurt people, and even themselves". I'm not offering excuses just giving insight.

For over 7 years just waking up on a cell trapped with a complete stranger and not being able to change your circumstances can drive one to insanity. No one can even begin to imagine what life is like behind bars, till you've lived it. It's a concrete jungle full of society's outcasts and people removed from civilization. Everything is a testosterone driven and a never ending competition. Most of the people here are angry with themselves, let alone a stranger. Imagine waking up locked in a cell the size of your average parking space or bathroom, with a stranger who has been accused of God knows what. Both of you have "issues" with no one to talk to or help assuage anxiety or depression. To say I felt hopeless is a understatement. Every moment in jail is challenging, let alone trying to make it thru the day. Supreme Court Justice Anthony Scalia once said "Every day spent in prison is much longer than most any day you have ever spent." I can concur with this sentiment. There were times I was so despondent and in a state of despair because the atmosphere is so morbid and dreary. I'd have to drop to my knees and pray to God for the strength to make it thru just that moment. There was a couple of times i was so beat down I attempted to end my own life, I felt I had no future to live for. I went from living a decent life at my own free will to being in FEDERAL jail, separated from my kids, family, civilization and no chance of freedom in near sight. I compare this experience with being non existent or dead. Sadly, while I've been in jail a once in a lifetime life altering Pandemic happened which was scary for everyone! Being in jail was even worse. All of the sudden guards were wearing hazmat suits. They wouldn't even come to feed us, let alone provide medical support or allow you to know what's happening to your loved ones. I lost friends and family and I wasn't there to pay my respects. People are still dying till today.

By my own doing, I've been reduced to an inmate, a prisoner in jail for over 7 years confined to a correctional system that's is failing to provide proper correctional services. I know correctional institutions are not meant to be places of comfort, but I've been in the "understaffed and grossly mis

managed" M.D.C Brooklyn which is Notorious for its cruel, harsh and negligent method of operations. The conditions are beyond deplorable. Shortage of officers, expired contaminated food, mold and mildew, rodents, lack of vocational, religious and health services. They even found a loaded firearm in the very unit I live in . . Just to emphasize how terrible an inmate's plight is at M.D.C Brooklyn in imposing a reduced sentence (downward departure) in Us. v Ozols the Hon. Jesse Furman said "The conditions at M.D.C. are ones one associates with a 3rd world country and not a country like this. Nobody should have to endure as the detainees at M.D.C do." Your honor the chairs in your courtroom are more comfortable than the sponge I've been forced to sleep on for the last 7 years. I've seen countless stabbings, slashings, sexual assaults, robberies, and drug use. It's a lawless toxic cesspool. I've learned thru reading that "one's diet is important to your quality of life." Diet meaning the things you eat, the places you go, the music you listen place of comfort, but I've been in the "understaffed and grossly mis managed" M.D.C Brooklyn which is Notorious for it's cruel harsh and negligent method of operations. The conditions are beyond deplorable. Shortage of officers, Expired contaminated food, mold and mildew, rodents lack of vocational religious and health services. They even found a loaded firearm in the very unit i live in . . Just to emphasize how terrible an inmates plight is at M.D.C Brooklyn in imposing a reduced sentence ( downward departure) in Us. v Ozols the Hon. Jesse Furman said "The conditions at M.D.C are one one associates with a 3rd world country and not a country like this. Nobody should have to endure as the detainees at M.D.C do." Your honor the chairs in your courtroom are more comfortable than the sponge I've forced to sleep on forever 7 years. I've seen countless stabbings, slashings, sexual assaults, robberies, and drug use. It's a lawless toxic cesspool. I've learned thru reading that "ones diet is important to your quality of life" . Diet meaning the things you eat, the places you go, the music you listen to, the people you're around, are important to how you live your life. MDC Brooklyn is counter productive to being a better person. Mayor Adams once said about hiring convicted felons to work for him "People are like Oak tree's if you put them in a box they will never be able to grow to their full potential". Being in jail has made me feel less than a human being. The officers say it all the time " Your in Federal Prison No one Gives a Sh.. about you" . They strip you of all dignity the moment you get to Federal prison. You're forced to take of all your clothes then bend over and squat/ cough at the same time. I feel like I'm being sexually violated everytime. You're told what to do, how to do any and everything you can imagine. Like livestock and nothing more.

  As a result of Covid-19 till today the Federal prison I'm in is locked down 80% of the time. I've been in "Quarantine Lockdown" for years, which is punitive at this point. Harsh is a mild word to describe how I'm living. The world changes everyday, let alone over 7 years . Time is irreplaceable. Whenever I get a glimpse of civilization, I see nothing but change since 2016 (year of my arrest). Everything is advancing, you name it medicine, technology, education and law enforcement! Think about it. I'm sure even your Honor has seen change. I doubt you are the same man you were 7 years ago? Most things change over time.  Well Quincy Homere has changed as well. I have a well founded new respect for Law and Order and how important it is to our society as a whole. I'm thankful for the people who provide order. I can't imagine living in a lawless world, I've seen how bad Federal prison is. Only a person with no sense at all would continue down a path that has brought them and their family so much pain. Look at me now, a prisoner. Being in jail has taught me to be more humble. I no longer need attention, friends or fancy things to feel whole. I've spent over 7 years surviving on peanut butter and instant soups. Your Honor thank you for approving the Mitigating specialist and Forensic Psychologist. After being in Federal prison for over 7 years that was the first chance I got to speak to

anyone in regards to my mental health. Talking with them helped me learn a lot about myself, my mental health and how important it is, also, that I can benefit tremendously from proper help.

    Finally, Federal prison has allowed me to reconcile with myself and realize that I want more for myself and family. I can provide so much more positivity to the world. When this nightmare ends ( Federal Prison) I know I'll still be on supervised release  "doing time in the real world". With the mind set of bettering myself,  I'd begin seeking proper mental health treatment and help my family out by showing them I learned from my faults. I'd like to pay my respects to my loved ones that I was not able to because I was in federal prison. Being gone so long it feels like I don't know anyone anymore, my kids, my family, the world. It's gonna take time and the support of my family but I know I will achieve great things given the chance. I'll take advantage of job opportunities that are availed to me. And wake up each and every day with an appreciation to be a free person and able bodied person that is capable of going to work like a normal average Joe and being a productive member of society. I'm now 38 years old I feel all my past accomplishments are null and void because of my arrest . I will show the world there is so much more to me than this negative I've allowed in my life . The old me died in Federal Prison.

    I again want to extend my apologies to those I affected with my stupidity. I am a father, a brother, uncle, lover, neighbor, co-worker and so much more positive things. I will show the world the moment Your Honor sees fit to let me.

    Thank you for time.


QUINCY HOMERE